JS-6

MARC S. HINES (SBN 140065)
mhines@lawhhp.com
CHRISTINE M. EMANUELSON (SBN 221269)
cemanuelson@lawhhp.com
SARA M. RYNERSON (SBN 328507)
srynerson@lawhhp.com
**HINES HAMPTON PELANDA LLP**
23 Corporate Plaza Drive, Suite 150
Newport Beach, CA 92660
Telephone: (714) 513-1122
Fax: (714) 242-9529

Attorneys for Defendant,
AMCO INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ZARI ESTEGHLAL, | CASE NO.: 5:23-cv-00235-JGB-SP |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| AMCO INSURANCE COMPANY, and DOES 1 to 50 | *[Proposed Order Filed Concurrently]* |
| Defendants. | |

Plaintiff ZARI ESTEGHLAL and Defendant AMCO INSURANCE COMPANY (collectively, the "Parties") submitted a Stipulation of Dismissal with Prejudice. Pursuant to the Stipulation, the Parties requested that the entire action be dismissed with prejudice, and each party would bear its own costs and attorneys' fees. Having considered the Stipulation and for good cause shown:

**IT IS HEREBY ORDERED** that this matter be dismissed, with prejudice, in its entirety.

**IT IS SO ORDERED.**

Dated: January 19, 2024

_____
HONORABLE JESUS G. BERNAL
United States District Judge

1